Order issued January 23, 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-00238-CV

**Jackqueline McDaniel, Appellant**

**V.**

**HSBC Bank, NA, as Trustee on Behalf of Ace Securities Corp. Home Equity Loan Trust and for the Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 2007-ASAPI, Asset Backed Pass-Through Certificates, Appellee**

## ORDER

On December 21, 2012, this Court ordered the court reporter to file a supplemental reporter's record containing the exhibits admitted in the case within fourteen days of the order. On January 11, 2013, the court reporter delivered to this Court a "flash drive" purportedly containing copies of the exhibits. This submission of the exhibits did not comply with the Texas Rules of Appellate Procedure or this Court's local rules for filing a reporter's record. The court reporter later attempted to file the supplemental reporter's record electronically, but the supplemental reporter's record did not comply with the rules.

Accordingly, we **ORDER** Janet Wright, Official Court Reporter for County Court at Law No. 3, Dallas County, to file within **TEN DAYS** of this order a supplemental reporter's record containing the exhibits admitted in the case that complies with the Texas Rules of Appellate Procedure and this Court's local rules.

_____
LANA MYERS
PRESIDING JUSTICE